| | | | |
|---|---|---|---|
| In the Interest of W.M.; Appeal of O.M. | 160 WDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/01/2017 | 90 of 2014<br>(Erie) |
| Management Science Assoc. v. Symphony Health ......................... | 832 WDA 2016<br>Affirmed | 02/01/2017 | GD–15–022222<br>(Allegheny) |
| B&S Associates v. Emstar ............. | 2729 EDA 2015<br>Affirmed | 02/02/2017 | March Term, 2014, No.<br>00872<br>(Philadelphia) |
| Com. v. Stevenson ................... | 3346 EDA 2015<br>Affirmed | 02/02/2017 | CP–51–CR–0002308–<br>2009<br>(Philadelphia) |
| Com. v. Morris...................... | 5 EDA 2016<br>Affirmed | 02/02/2017 | CP–51–CR–0008140–<br>2010<br>(Philadelphia) |
| Com. v. Diehl ....................... | 1096 EDA 2016<br>Affirmed | 02/02/2017 | CP–46–CR–0003321–<br>2009<br>(Montgomery) |
| Irrevocable Trust of Hrutkay; Appeal of Hrutkay .......................... | 405 WDA 2016<br>Vacated and<br>Remanded | 02/02/2017 | No. 63–12–0799<br>(Washington) |
| Bresnehan v. Barnhart ............... | 415 WDA 2016<br>Affirmed | 02/02/2017 | A.D. No. 15–10022<br>(Butler) |
| de Botton v. Kaplin .................. | 1270 EDA 2015<br>Vacated and<br>Remanded | 02/03/2017 | 101001997<br>(Philadelphia) |
| de Botton v. Kaplin .................. | 1301 EDA 2015<br>Vacated and<br>Remanded | 02/03/2017 | 101001997<br>(Philadelphia) |
| Burgess v. Clark Electrical Contractors | 3018 EDA 2015<br>Reversed and<br>Remanded | 02/03/2017 | No. 1412–01798<br>No. 1412–01813<br>(Philadelphia) |
| Com. v. Rogers ..................... | 3139 EDA 2015<br>Affirmed | 02/03/2017 | CP–51–CR–0012380–<br>2013<br>(Philadelphia) |
| U.S. Bank National Assoc. v. Cannon ... | 406 EDA 2016<br>Affirmed | 02/03/2017 | 2014–001513<br>(Delaware) |
| Com. v. Buda ....................... | 2160 EDA 2016<br>Affirmed | 02/03/2017 | CP–64–CR–0000156–<br>1997<br>(Wayne) |
| Com. v. Cleland ..................... | 604 MDA 2016<br>Affirmed | 02/03/2017 | CP–21–CR–0001219–<br>2014<br>(Cumberland) |
| Com. v. Alford ...................... | 988 MDA 2016<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 02/03/2017 | CP–41–CR–0001237–<br>2015<br>(Lycoming) |